United States District Court

Eastern District of California

United States of America,

    Plaintiff,          No. 05-209 LKK

  vs.                Detention Order

Jeffrey Steven Viado,

    Defendant.

-oOo-

A. <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

  __X__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __x__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1 | the safety of any other person and the community.

2 | C.   Findings Of Fact

3 | The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial Services Report, and includes the following:

   __x__   (1) Nature and Circumstances of the offense charged.

   __x__   (a) The crime. <u>Felon in possession and possess methamphetamine for distribution.</u>

   _____   (b) The offense is a crime of violence.

   _____   (c) The offense involves a narcotic.

   _____   (d) The offense involves a large amount of controlled substances.

   _____   (2) The weight of the evidence against the defendant is high.

   __X__   (3) The history and characteristics of the defendant including:

   _____ (a) General Factors:

   _____   The defendant appears to have a mental condition which may affect whether the defendant will appear.

   _____   The defendant has no family ties in the area.

   __x__   The defendant has no steady employment.

   __x__   The defendant has no substantial financial resources.

   _____   The defendant is not a long time resident of the community.

   _____   The defendant does not have any significant community ties.

   _____   Past conduct of the defendant:

2

         __x__        The defendant has a history relating to drug abuse.

         __x__        The defendant has a significant prior criminal record.

         _____      The defendant has a prior record of failure to appear at court proceedings.

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

         __x__        Probation.

         _____      Parole.

         _____      Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors

         _____      The defendant is an illegal alien and is subject to deportation.

         _____      The defendant is a legal alien and will be subject to deportation if convicted.

         __X__        Other: <u>2 prior felony convictions while on probation.</u>

__X__     (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

     _____      (a) (1) The crime charged is one described in § 3142(f)(1)

            _____      (A) a crime of violence; or

            _____      (B) an offense for which the maximum penalty is life imprisonment or death; or

            _____      (C) a controlled substance violation

3

|   |   | that has a maximum penalty of ten years or more; or |
|---|---|---|
| _____ | (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|   | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|   | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|   | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| _x_ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |

      _x_    in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

      _____    the Controlled Substances Act, 21 U.S.C. §§ 951, et seq.,

      _____    the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

      _____    an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

      _____    an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D.    <u>Additional Directives</u>

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

4

1       The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the
2  extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and
3
        The defendant be afforded reasonable opportunity for private
4  consultation with his counsel; and

5       That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the
6  corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an
7  appearance in connection with a court proceeding.

8
        Dated: June 20, 2005.
9

10
                                          /s/ Peter A. Nowinski
11                                           Peter A. Nowinski
                                             Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26