QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY STEVEN VIADO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0209 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| JEFFREY STEVEN VIADO, | ) | Date:  August 2, 2005 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

    This matter came on for a trial confirmation hearing on July 26, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Michael Beckwith, appearing specially for Assistant United States Attorney Matthew Stegman.  The defendant JEFFREY STEVEN VIADO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The date for jury trial of August 9, 2005, was vacated at the

request of the defense.  A further status conference was set for August 2, 2005, at 9:30 a.m. on this court's criminal calendar.  Defense counsel requested that the court consider a motion to review the detention order previously entered by the magistrate, and that further scheduling of this matter be considered at that time. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record to permit the defense to file the motion for bail review and to pursue on-going investigation.

IT IS ORDERED that this matter be continued to August 2, 2005, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from July 26, 2005, to and including August 2, 2005, is excluded from the time computations pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of counsel.

**IT IS SO ORDERED**

By the Court,

DATED: July 26, 2005             /s/ Lawrence K. Karlton
                                 HONORABLE LAWRENCE K. KARLTON
                                 Senior Judge
                                 United States District Court

Order Excluding Time                    2