QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEFFREY STEVEN VIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0209 LKK |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING |
| v. | ) ) | CASE AND EXCLUDING TIME |
| JEFFREY STEVEN VIADO, | ) ) | Date:  August 2, 2005 Time:  9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

At proceedings on July 26, 2005, this court continued the above
case until August 2, 2005, for bail review.  The assigned government
counsel, Assistant United States Attorney, Matthew Stegman was engaged
in trial before the Hon. William B. Shubb, and was not present.
Counsel for defendant JEFFREY STEVEN VIADO, Assistant Federal Defender,
Jeffrey L. Staniels conferred with Mr. Stegman later in the day at
which time Mr. Stegman advised that he would like the opportunity to
respond to defendant's motion to revoke the detention order entered by
the United States Magistrate Judge in this case.

Therefore **IT IS HEREBY STIPULATED** by and between counsel for
the parties that this matter be continued from August 2, 2005, until
August 9, 2005, at 9:30 a.m. for consideration of the motion to revoke

1   the detention order and for status conference.

2        **IT IS FURTHER STIPULATED** that the defendant's motion be filed

3   not later than July 29, 2005, and that any written opposition by the

4   government be filed not later than noon on August 5, 2005, and that

5   time for trial under the Speedy Trial Act be excluded from the filing

6   of this stipulation through August 9, 2005, pursuant to 18 U.S.C. §

7   3161(h)(8)(A) & (B)(iv), Local Code T-4.

8        The court is advised that counsel have conferred and that Mr.

9   Stegman has authorized Mr. Staniels to sign this stipulation on his

10  behalf.

11       **IT IS SO STIPULATED.**

12

13  Dated:  July 28, 2005           /S/ Matthew Stegman
                                    Matthew Stegman
14                                  Assistant United States Attorney
                                    Counsel for Plaintiff
15

16

17  Dated:  July 28, 2005           /S/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
18                                  Assistant Federal Defender
                                    Counsel for JEFFREY STEVEN VIADO

19                          **O R D E R**

20       **IT IS SO ORDERED.**

21

22                          By the Court,

23

24  DATED: July 28, 2005           /s/Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
25                                 Senior Judge
                                   United States District Court

26

27

28

Stipulation and Order Continuing
Case And Excluding Time          2