QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY STEVEN VIADO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0209 LKK |
| Plaintiff, | ) ) ) | ORDER EXCLUDING TIME |
| v. | ) ) | |
| JEFFREY STEVEN VIADO, | ) ) | Date: August 30, 2005<br>Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    This matter came on for status conference and bail review on August 9, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Matthew Stegman.  The defendant JEFFREY STEVEN VIADO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    After argument the request for pretrial release was denied.  A further status conference was set for August 30, 2005, at 9:30 a.m. on

1  this court's criminal calendar.  The exclusion of time for trial under
2  18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on
3  the record to permit further defense preparation.
4       IT IS ORDERED that this matter be continued to August 30, 2005, on
5  this court's regular criminal calendar.  IT IS FURTHER ORDERED that the
6  period from August 9, 2005, to and including August 30, 2005, is
7  excluded from the time computations pursuant to 18 U.S.C.
8  §3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of
9  counsel.
10      **IT IS SO ORDERED**
11                           By the Court,
12
13 DATED: August 17, 2005          /s/Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
14                                 Senior Judge
                                   United States District Court

Order Excluding Time                 2