QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY STEVEN VIADO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,       )  | No. 2-05-cr-0209 LKK |
|                                 )  | |
| Plaintiff,    )                    | |
|                                 )  | ORDER EXCLUDING TIME |
| v.                              )  | |
|                                 )  | |
| JEFFREY STEVEN VIADO,           )  | Date: September 27, 2005 |
|                                 )  | Time: 9:30 a.m. |
| Defendant.    )                    | Judge: Hon. Lawrence K. Karlton |
|                                 )  | |
| _____ )  | |

   This matter came on for status conference on August 30, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney, Michael Beckwith, appearing specially for Matthew Stegman, the Assistant United States Attorney assigned to this case. The defendant JEFFREY STEVEN VIADO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

The defense requested that this matter be continued to September 27, 2005, in order to permit continued exploration of pretrial motions, and because of the unavailability of counsel from August 31, 2005, through September 2, 2005, and from September 15, 2005 through September 21, 2005. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record.

IT IS ORDERED that this matter be continued to September 27, 2005, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from August 30, 2005, to and including September 27, 2005, is excluded from the time computations pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv), Local Code T-4, due both to ongoing preparation of counsel and for continuity of counsel.

**IT IS SO ORDERED**

By the Court,

DATED: August 31, 2005          /s/Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior Judge
                                United States District Court