```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY STEVEN VIADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2-05-cr-0209 LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| JEFFREY STEVEN VIADO, | Date: October 12, 2005 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

    This matter came on for status conference on September 27, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Matthew Stegman.  The defendant JEFFREY STEVEN VIADO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The defense requested that this matter be continued to October 12, 2005, in order to permit completion of discussions regarding possible

1 | non-trial disposition of the case. The exclusion of time for trial
2 | under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed
3 | to on the record.
4 |     IT IS ORDERED that this matter be continued to October 12, 2005,
5 | on this court's regular criminal calendar.  IT IS FURTHER ORDERED that
6 | the period from September 27, 2005, to and including October 12, 2005,
7 | is excluded from the time computations pursuant to 18 U.S.C.
8 | §3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of
9 | counsel.
10 |    **IT IS SO ORDERED**
11 |                            By the Court,
12 |
13 | DATED: September 29, 2005        /s/ Lawrence K. Karlton
                                      HONORABLE LAWRENCE K. KARLTON
14                                    Senior Judge
                                      United States District Court

Order Excluding Time              2