QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JEFFREY STEVEN VIADO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2-05-cr-0209 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER EXCLUDING TIME |
| v. | ) ) | |
| JEFFREY STEVEN VIADO, | ) ) | Date: October 25, 2005 Time: 9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence K. Karlton |

    This matter came on for status conference on October 12, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, Matthew Stegman.  The defendant JEFFREY STEVEN VIADO was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The defense requested that this matter be continued to October 25, 2005, in order to permit completion of discussions regarding a proposed

plea agreement. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record.

IT IS ORDERED that this matter be continued to October 25, 2005, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from October 12, 2005, to and including October 25, 2005, is excluded from the time computations pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of counsel.

**IT IS SO ORDERED**

By the Court,

DATED: October 17, 2005            /s/ Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
                                   Senior Judge
                                   United States District Court

Order Excluding Time                      2